# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0488
_____

HCA, INC.,

Appellant,

v.

AYESHA SOLOMON, as Property
Appraiser of Alachua County,
Florida,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Peter K. Sieg, Judge.

May 3, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Borland, Robert E. V. Kelley, Jr., and Trae S. Weingardt, of Hill, Ward, and Henderson, P.A., Tampa., for Appellant.

John C. Dent, Jr., and Jennifer A. McClain, of Dent & McClain, Chartered, Sarasota, for Appellee.

Ashley Moody Attorney General, and Randi E. Dincher, Senior Assistant Attorney General, Revenue Litigation Bureau, Tallahassee, for Amicus Curiae Florida Department of Revenue.